No. 146. HILL-BEHAN LUMBER CO. v. STATE HIGHWAY COMMISSION. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Jacob M. Lashly* and *Frank E. Atwood* for petitioner. *Mr. Daniel C. Rogers* for respondent.

No. 147. HOLMES v. McCOLGAN, BANK & CORPORATION FRANCHISE TAX COMMISSIONER. October 13, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Ralph D. Brown* and *E. H. Conley* for petitioner. *Messrs. Earl Warren,* Attorney General of California, and *H. H. Linney,* Deputy Attorney General, for respondent.

No. 152. KEYES v. UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. W. Gwynn Gardiner* and *James M. Earnest* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Warner W. Gardner* for the United States.

No. 153. CHICKERING, ADMINISTRATOR, v. COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Frederick H. Nash* and *Richard Wait* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Miss Louise Foster* for respondent.

No. 324. MILLARD, EXECUTOR, v. MALONEY. October 13, 1941. Petition for writ of certiorari to the Circuit